# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00379-CV

## In re M. R. A.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the motion for emergency stay are denied.

*See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: November 8, 2019